THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tommy D. Busby,       
Appellant.
 
 
 

Appeal From Anderson County
J. C. Buddy Nicholson, Jr., Circuit 
 Court Judge

Unpublished Opinion No. 2003-UP-200
Submitted January 29, 2003  Filed March 17, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Robert M. Pachak, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, all 
 of Columbia; and  Solicitor Druanne Dykes White, of Anderson; for Respondent.
 
 
 

PER CURIAM: Tommy Busby appeals his guilty 
 plea to assault with intent to commit CSC and assault with intent to kill.  
 Busby argues the trial court violated the mandate of Boykin v. Alabama, 
 395 U.S. 238 (1965), by accepting his guilty plea because his plea was not knowingly 
 and voluntarily entered.  After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Busbys appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER,
JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.